NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**DEGUI CHEN,**
*Plaintiff-Appellant*

**v.**

**MICHAEL E. JUNG, CHARLES L. SAWYERS,**
*Defendants-Appellees*

_____

2020-1255

_____

Appeal from the United States District Court for the Central District of California in No. 2:18-cv-02015-RGK-KS, Judge R. Gary Klausner.

_____

**JUDGMENT**

_____

YIXIN H. TANG, Upadhye Cwik LLP, Chicago, IL, argued for plaintiff-appellant.  Also represented by SHASHANK UPADHYE, BRENT ALLEN BATZER.

MARK MICHAEL SUPKO, Crowell & Moring, LLP, Washington, DC, argued for defendants-appellees.  Also represented by EMILY KUWAHARA, Los Angeles, CA; GABRIEL MORGAN RAMSEY, San Francisco, CA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, O'MALLEY, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 16, 2020     /s/ Peter R. Marksteiner
Date     Peter R. Marksteiner
    Clerk of Court